IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| KEVIN LAFATE EVANS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 118-067 |
| | ) | |
| DR. MARY ALSTON; SHELTON, Warden over Care and Treatment; DR. TAYLOR; P.A. CAIN; DR. WILLIAM DUKE; NPC C. WILLIAM; DR. JED W. HOWINGTON; DR. AYAZ CHAUDHARY; and SCOTT WILKER, Former Warden, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

Before the Court are Plaintiff's Request for Document from District Court (doc. no. 17), Motion for Appointment of Counsel (doc. no. 18), and Motion for Extension of Time for Discovery (doc. no. 19). The Court shall address each in turn.

Plaintiff is not entitled to free copies of court documents. Wanninger v. Davenport, 697 F.2d 992, 994 (11th Cir. 1983) ("A prisoner's right of access to the court does not include the right of free unlimited access to a photocopying machine . . . ."); see also Jackson v. Florida Dep't of Fin. Servs., 479 F. App'x 289, 292-93 (11th Cir. 2012) ("This Court has never held that a prisoner's right of access to the courts entitles a prisoner-plaintiff, even one proceeding *in forma pauperis*, to free copies of court documents, including his own pleadings."). Nor is a copy of this Court's Local Rules necessary for Plaintiff to file

objections to the undersigned's Report and Recommendation ("R&R").  Therefore, the Court **DENIES** Plaintiff's Request for Document from District Court.  (Doc. no. 17.)

In its June 28, 2018 Order, the Court clearly articulated the reasons Plaintiff is not entitled to counsel.  (Doc. no. 16.)  Since none of Plaintiff's circumstances have changed, the Court **DENIES** Plaintiff's Motion to Appoint Counsel.  (Doc. no. 18.)

Finally, the Court **GRANTS IN PART** Plaintiff's Motion for Extension of Time for Discovery.  (Doc. no. 19.)  While the Court will not grant a one hundred twenty day extension for discovery, Plaintiff shall have through and including July 27, 2018, to file any objections to the undersigned's R&R recommending dismissal of all of his claims.  The Court warns Plaintiff this will be his final extension and any future extension requests will be denied.

SO ORDERED this 13th day of July, 2018, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA