IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| KEVIN LAFATE EVANS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 118-067 |
| | ) | |
| DR. MARY ALSTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff, currently incarcerated at Augusta State Medical Prison in Grovetown, Georgia, commenced the above-captioned case pursuant to 42 U.S.C. § 1983, and is proceeding *in forma pauperis*. (Doc. no. 8.) On June 12, 2018, the Court recommended dismissal of this action for failure to state a claim upon which relief could be granted. (Doc. no. 12.) On July 30, 2018, in lieu of objections, Plaintiff filed an amended complaint as a matter course pursuant to Federal Rules of Civil Procedure 15(a). (Doc. no. 21.) Because Plaintiff filed an amended complaint, the Court **VACATES** the June 12, 2018 Report and Recommendation. (Doc. no. 12.) The Court screens Plaintiff's amended complaint in accordance with 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b) by separate Report and Recommendation.

SO ORDERED this 10th day of September, 2018, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA