# United States District Court
## *Southern District of Georgia*

KEVIN LAFATE EVANS,

               Plaintiff,

**V.**

DR. MARY ALSTON, et al.,

               Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 118-067

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

pursuant to the Order dated October 10, 2018 adopting the Report and Recommendation as the opinion of the Court, Plaintiff's Second Amended Complaint is rejected as procedurally improper and futile; furthermore, Plaintiff's first Amended Complaint is dismissed for failure to state a claim upon which relief can be granted. This case stands closed.

10/10/2018
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*